Thomas W. Pittman et al., Respondents, *v.* The Mayor, Aldermen and Commonalty of the City of New York, Appellants.

(Argued June 21, 1875; decided June 25, 1875.)

*James M. Smith* for the appellants.

*Thomas Allison* for the respondents.

Agree to affirm. No opinion.
All concur. Judgment affirmed.

---

The Excelsior Savings Bank, Respondent, *v.* Samuel Campbell et al., Appellants.

The Same, Respondent, *v.* The Same, Appellants.

(Argued June 21, 1875; decided June 25, 1875.)

*W. S. Palmer* for the appellants.

*F. F. Van Derveer* for the respondent.

Agree to affirm. No opinion.
All concur. Judgment affirmed.

---

In the Matter of the Petition of John De Voorhies to Vacate an Assessment.

(Argued June 22, 1875; decided June 25, 1875.)

Reported below, 3 Hun, 212.

*J. S. Lawrence* for the appellant.

*William Barnes* for the respondent.

Agree to affirm. No opinion.
All concur. Order affirmed.